1 2021 CO 77 Robert Kint Glover, Gerald Kiefer, Marjorie R. Kiefer Marital Trust, Blair A. Kiefer Family Trust, Jane Raeleen Dunn, Friday LLC, and The Estate of Robert Kint Glover, Plaintiffs-Appellants and Gregory Cucarola, Appellant v. Serratoga Falls LLC; Resource Land Holdings LLC; Jesse McDowell; Town of Timnath; Kitchel Lake Development Corporation; Kitchel Lake Partners, LLC; James Righeimer; Lee Lowrey; and Kenneth Mitchell. Defendants-Appellees No. 20SA278
Supreme Court of Colorado, En Banc
December 14, 2021

 PETITIONS
 FOR REHEARING

 Appeal
 from the District Court Weld County District Court, Water
 Division 1, Case No. 18CW3166 Honorable James F. Hartmann,
 Water Judge

 Petition
 for Rehearing DENIED.